Robert C. Ransom, Plaintiff-Appellant, v. Dr. William G. Cummings, et al., Defendants-Appellees.

Gen. No. 68–143. (Abstract of Decision.)

Second District.

May 15, 1969.

Gatenbey, Spuller, Law and Johnson, of Chicago, for appellant; Whitman, Kauffman and Couri, of Winnetka, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.